**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 521 EAL 2014
:
                 Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. :
:
:
:
RASHEED JOHNSON, :
:
              Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.